*1185 ante, p. 1056;
510 U. S. 1057;
ante, p. 830;
ante, p. 1017;
ante, p. 1002;
ante, p. 879;
ante, p. 933;
ante, p. 949;
ante, p. 936;
ante, p. 969;
ante, p. 977;
ante, p. 1022;
ante, p. 1086;
ante, p. 1025;
ante, p. 1025;
ante, p. 1075;
ante, p. 1047;
ante, p. 1061;
*1186 No. 94-6512.
No. 94-6547.
No. 94-6569.
No. 94-6645.
No. 94-6650.
No. 94-6669.
No. 94-6700.
No. 94-6744.
No. 94-6774.
No. 94-6796.
No. 94-6798.
No. 94-6811.
No. 94-6812.
No. 94-6930.
No. 94-6952.
No. 94-6998.
No. 94-7284.
No. 94-7355.
ante, . 1062;
ante, p. 1048;
ante, p. 1062;
ante, p. 1063;
ante, p. 1031;
ante, p. 1063;
ante, p. 1089;
ante, p. 1090;
ante, p. 1063;
ante, p. 1092;
ante, P-1092;
ante, p. 1093;
ante, p. 1093;
ante, p. 1097;
ante, p. 1098;
ante, p. 1099;
ante, p. 1109; and
ante, p. 1109. Petitions for rehearing denied.